1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

TONY GEROLAGA, JR.,

No.  2:17-cv-0454 AC P

12

Petitioner,

13

v.

ORDER

14

RONALD RACKLEY,

15

Respondent.

16

17          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18  corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma pauperis

19  affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner

20  will be provided the opportunity to submit either the appropriate affidavit in support of a request

21  to proceed in forma pauperis or the appropriate filing fee.

22          In accordance with the above, IT IS HEREBY ORDERED that:

23          1.  Petitioner shall, within thirty days after the filing date of this order, submit an affidavit

24  in support of his request to proceed in forma pauperis or the appropriate filing fee.

25          2.  Petitioner's failure to timely comply with this order will result in a recommendation

26  that this action be dismissed without prejudice.

27  /////

28  /////

1

1       3.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

2  Forma Pauperis By a Prisoner.

3  DATED: March 6, 2017

4

5                                       ALLISON CLAIRE
                                       UNITED STATES MAGISTRATE JUDGE